UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED HEALTHCARE SERVICES, INC.<br>9900 Bren Road East,<br>Minnetonka, MN 55343<br><br>        **Plaintiff,**<br><br>v.<br><br>EMBASSY OF LIBYA HEALTH ATTACHÉ<br>2600 Virginia Avenue, N.W., Suite 701<br>Washington, D.C. 20037<br><br>GOVERNMENT OF LIBYA<br>Ministry of Foreign Affairs<br>Ash Shatt Street<br>Tripoli, Libya<br>and<br>2600 Virginia Avenue, N.W., Suite 701<br>Washington, D.C. 20037<br><br>        **Defendants.** | CASE NO. |

## COMPLAINT

Plaintiff, United Healthcare Services, Inc. ("UnitedHealthcare"), for its Complaint against defendants Embassy of Libya Health Attaché ("Health Attaché") and the Government of Libya ("Libya"), hereby states and alleges as follows:

1. This Complaint arises from the Wounded Heroes Program, a program sponsored by Libya to arrange for and pay for medical treatment services in the United States for wounded Libyan veterans. Libya, by and through the Health Attaché, entered into a Services Agreement (the "Agreement") with UnitedHealthcare pursuant to which UnitedHealthcare administered the Wounded Heroes Program for Libya and the Health Attaché. Libya owes UnitedHealthcare $156,454.23, plus interest, for administrative services fees due under the Agreement, as well as

$573,036.26, plus interest, for medical services provided to Libya as part of the Wounded Heroes Program.

## THE PARTIES

2. Plaintiff UnitedHealthcare is a corporation organized and existing under the laws of Minnesota, with its principal place of business in Minnetonka, Minnesota.  UnitedHealthcare and its affiliates provide a broad range of health benefit products and services for both consumers and benefit sponsors.

3. Libya is a foreign state as defined in 28 U.S.C. § 1603.

4. The Health Attaché is, on information and belief, an agency or instrumentality of Libya, with its principal place of business located in Libya's embassy in Washington, DC.  The Health Attaché is responsible for administering the Wounded Heroes Program on behalf of Libya.

## JURISDICTION AND VENUE

5. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1330(a) because Libya is a foreign state; because this Complaint asserts a claim for *in personam* relief; and because neither Libya nor the Health Attaché is entitled to immunity under 28 U.S.C. §§ 1605 – 1607 in that Libya and the Health Attaché waived sovereign immunity with respect to the Agreement at issue in this Complaint and because this action is based upon commercial activities carried on in the United States by Libya and its Health Attaché.

6. Venue is proper in this District pursuant to 28 U.S.C. § 1391(f).

## FACTS

7. The Wounded Heroes Program is a program of the Libyan government that arranges medical treatment services in the United States for wounded Libyan veterans.

8. The Health Attaché administers the Wounded Heroes Program for Libya.

9. Libya, through its Health Attaché, entered into the Agreement with UnitedHealthcare effective April 12, 2014, for the provision of health provider network access, health benefits administration, claims processing and healthcare management services.

10. Under the terms of the Agreement, Libya, through the Health Attaché, retained all responsibility for payment for medical treatment and medical services provided pursuant to the Wounded Heroes Program. The Agreement specifically provided that Libya, through the Health Attaché, was to deposit funds in a Client Billing Account sufficient to pay the healthcare providers for the services rendered. UnitedHealthcare was then responsible for disbursing funds from the Client Billing Account to the healthcare providers that had provided the services.

## Defendants' Nonpayment of Service Fees Owed to UnitedHealthcare

11. UnitedHealthcare provided the health provider network access, health benefits administration, claims processing and healthcare management services to Libya and the Health Attaché specified in the Agreement with respect the wounded veterans participating in the Wounded Heroes Program. In addition, Libya and the Health Attaché benefitted from the advantageous pricing for medical services made available by UnitedHealthcare's agreements with healthcare providers in its Provider Network.

12. In exchange for the services provided by UnitedHealthcare under the Agreement, Libya, through the Health Attaché, was to pay, and, for a time, did pay, UnitedHealthcare an administrative service fee (the "Service Fee").

13. Libya and the Health Attaché have failed to pay Service Fees due to UnitedHealthcare in the amount of $156,454.23, plus interest, despite proper and timely invoicing by UnitedHealthcare and repeated requests for payment by UnitedHealthcare.

**Defendants' Failure to Pay for Medical Services Rendered**

14. Despite repeated and timely requests by UnitedHealthcare, Libya and the Health Attaché have failed to deposit funds into the Client Billing Account to pay for more than $600,000 in healthcare services provided to wounded Libyan veterans participating in the Wounded Heroes Program. On information and belief, Libya and the Health Attaché have failed to pay the healthcare providers directly for such services.

15. One such provider, Memorial Hermann Health System, provided $573,036.26 in healthcare services to Libya on behalf of Libyan veterans, pursuant to the Wounded Heroes Program. Despite repeated and timely requests by UnitedHealthcare, Libya and the Health Attaché have failed to deposit funds into the Client Billing Account to pay the $573,036.26, plus interest, owed to Memorial Hermann Health System. According to Memorial Hermann Health System, Libya has failed to pay any portion of the $573,036.26 directly to Memorial Hermann Health System.

16. Pursuant to the Agreement, UnitedHealthcare gave Libya and the Health Attaché written notice on May 1, 2015, that the Agreement would terminate affective May 8, 2015, if the funds required to be deposited into the Client Billing Account were not deposited by May 7, 2015.

17. Despite receiving the notice, Libya and the Health Attaché failed to deposit the required funds into the Client Billing Account. Accordingly, UnitedHealthcare provided Libya and the Health Attaché written notice on May 8, 2015, that the Agreement had been terminated.

18. By written agreement executed by Memorial Hermann Health System on June 22, 2016, Memorial Hermann Health System assigned to UnitedHealthcare all of Memorial Hermann Health System's rights, claims and causes of action against Libya related to Libya's

4

nonpayment of the $573,036.26, plus interest.

### Attempts at Resolving the Nonpayment Issues

19.     Pursuant to the Agreement, UnitedHealthcare attempted in good faith to resolve the issue of Libya's and the Health Attaché's non-payment of sums due under the Agreement.

20.     On May 28, 2015, UnitedHealthcare submitted a Request for Mediation to the American Arbitration Association with respect to Libya's and the Health Attaché's non-payment of sums due under the Agreement.  Neither Libya nor the Health Attaché responded to the Request for Mediation or otherwise participated in the mediation process.

21.     On July 9, 2015, UnitedHealthcare and Libya, through its Health Attaché, executed an Amendment to the Agreement eliminating the obligation to submit disputes to non-binding mediation.

22.     In accord with the Amendment to the Agreement, UnitedHealthcare sent a written request to the American Arbitration Association to suspend further proceedings in the mediation.

### COUNT I
### BREACH OF CONTRACT

23.     UnitedHealthcare restates and realleges paragraphs 1 through 22 of this Complaint as if fully restated herein.

24.     By the aforementioned failures to pay the Services Fees owed UnitedHealthcare and to deposit the required funds in the Client Billing Account, Libya and the Health Attaché have materially breached the Agreement.

25.     UnitedHealthcare complied at all times with its obligations under the Agreement.

26.     The material breaches of the Agreement by Libya and the Health Attaché has proximately caused, and will, unless remedied, continue to cause, substantial damage to UnitedHealthcare in an amount to be determined at trial, but in any event in excess of the

$156,424.23 in Service Fees, plus interest.

## COUNT II
## UNJUST ENRICHMENT

27. UnitedHealthcare restates and realleges paragraphs 1 through 22 of this Complaint as if fully restated herein.

28. Memorial Hermann Health System provided healthcare services to Libya pursuant to the Wounded Heroes Program with a value of $573,036.26.

29. Libya, on behalf of its wounded veterans, accepted the healthcare services provided by Memorial Hermann Health System.

30. Memorial Hermann Health System, by providing healthcare services to Libya pursuant to the Wounded Heroes Program, expected to be paid the full value of the services provided -- $573,036.26.

31. Libya's and the Health Attaché's refusal to deposit the required funds in the Client Billing Account or otherwise to pay the amount owed to Memorial Hermann Health System is wrongful and without justification.

32. Libya and the Health Attaché have been unjustly enriched by their receipt of, and nonpayment for, healthcare services with a value of $573,036.26.

33. Pursuant to the assignment of claims executed by Memorial Hermann Health System on June 22, 2016, UnitedHealthcare is entitled to pursue, in its own name, all of Memorial Hermann Health System's rights, claims and causes of action against Libya related to Libya's nonpayment of the $573,036.26, plus interest.

**WHEREFORE**, plaintiff UnitedHealthcare Services, Inc. respectfully requests that judgment be entered:

A. Awarding UnitedHealthcare Services, Inc. damages in the amount of $729,490.49, plus pre- and post-judgment interest;

B. Awarding UnitedHealthcare Services, Inc. its costs and attorneys' fees; and

C. Awarding UnitedHealthcare Services, Inc. such other relief as the Court deems just and proper.

Dated:  February 24, 2017

Respectfully submitted,

/s/ Creighton R. Magid
Creighton R. Magid #476961
DORSEY & WHITNEY LLP
1801 K Street, N.W., Suite 750
Washington, D.C.  20006
Telephone:  (202) 442-3555
Fax:  (202) 442-3199
magid.chip@dorsey.com

*Attorneys for Plaintiff United Healthcare Services, Inc.*