UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITEDHEALTHCARE SERVICES, INC.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CASE NO. 1:17-CV-00339-TSC |
| ) | |
| **EMBASSY OF LIBYA HEALTH** ) | |
| **ATTACHÉ and** ) | |
| **GOVERNMENT OF LIBYA** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff UnitedHealthcare Services, Inc. hereby dismisses this action with prejudice. Each party is to bear its own attorney's fees and costs.

Respectfully submitted,

/s/ Creighton R. Magid
Creighton R. Magid (D.C. Bar No. 476961)
DORSEY & WHITNEY LLP
1401 New York Avenue, N.W., Suite 900
Washington, D.C. 20005
Telephone: 202-442-3555
Fax: 202-442-3199
Email: magid.chip@dorsey.com

Dated: August 7, 2018

Attorneys for Plaintiff UnitedHealthcare Services, Inc.

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of August, 2018, I electronically filed the foregoing NOTICE OF DISMISSAL with the Clerk of the Court for the United States District Court for the District of Columbia using the CM/ECF system, which automatically served opposing counsel in this case.

/s/ Creighton R. Magid
Creighton R. Magid