UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED HEALTHCARE SERVICES, INC.,**<br><br>        Plaintiff,<br><br>    v.<br><br>**EMBASSY OF LIBYA HEALTH ATTACHE**, *et al.*,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 17-cv-339 (TSC)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER OF DISMISAL

In light of the Notice of Dismissal filed by the Plaintiff, ECF No. 21, this action is hereby DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Each party to bear its own costs.

Date: August 13, 2018

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge